**David RHEIN, Petitioner,**

v.

**KENTUCKY BAR ASSOCIATION,**
**Respondent.**

**No. 95–SC–1074–KB.**

Supreme Court of Kentucky.

May 16, 1996.

### ORDER OF REINSTATEMENT

David Rhein having resigned from the Kentucky Bar Association under honorable conditions and having satisfied all requirements for reinstatement to the practice of law in the state of Kentucky, IT IS ORDERED that David Rhein be, and hereby is, reinstated to the practice of law in the state of Kentucky.

All concur.

Entered: May 16, 1996.

/s/ Robert F. Stephens
Chief Justice

**Carol Yvonne BOLING, Petitioner,**

v.

**KENTUCKY BAR ASSOCIATION,**
**Respondent.**

**No. 96–SC–115–KB.**

Supreme Court of Kentucky.

May 16, 1996.

### ORDER

Carol Yvonne Boling having been suspended from the practice of law for a period of twelve months on February 6, 1995, and the period of suspension having expired and in the interim Carol Yvonne Boling having complied all affirmative directions of the Court, and the Court being fully advised in the premises ORDERS that Carol Yvonne Boling be, and hereby is, reinstated to the practice of law.

All concur.

Entered: May 16, 1996.

/s/ Robert F. Stephens
Chief Justice